IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAY P. GILBERTSON,
    Petitioner,

vs.                                  Case No. 3:09cv178/LAC/EMT

WARDEN SCOTT P. FISHER,
    Respondent.
_____/

**O R D E R**

    Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 (Doc. 1).  The filing fee has been paid and the petition is in proper form; therefore, Respondent shall be required to respond.

    Accordingly, it is **ORDERED**:

    1.    The clerk is directed to furnish a copy of the petition and a copy of this order to Respondent and the United States Attorney for this District.

    2.    Respondent shall have **SIXTY (60) DAYS** from the date of docketing of this order to show cause, if any, why the relief requested should not be granted.

    **DONE AND ORDERED** this 14th day of May 2009.

    /s/ *Elizabeth M. Timothy*
    **ELIZABETH M. TIMOTHY**
    **UNITED STATES MAGISTRATE JUDGE**