IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JAY P. GILBERTSON,**
　　　**Petitioner,**

**v.**　　　　　　　　　　　　　　　**Case No. 3:09cv178/LC/MD**

**SCOTT P. FISHER,**
　　　**Respondent.**
_____

## ORDER

　　This cause is before the court upon petitioner filing an amended § 2241 petition and supporting memorandum. (Doc. 14). Counsel for petitioner indicates that copies of the amended petition and memorandum were served upon counsel for respondent. (Doc. 14, Mem. at 5).

　　Respondent will now be required to file an answer to the amended petition. Upon receipt of the answer, petitioner will be given the opportunity to reply.

　　Accordingly, it is ORDERED:

　　Respondent shall have **sixty (60) days** from the docketing date of this order in which to file an answer to the amended petition (doc. 14).

　　DONE AND ORDERED this 23rd day of June, 2009.

　　　　　　　　　　　　　　/s/ *Miles Davis*
　　　　　　　　　　　　　　**MILES DAVIS**
　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**