UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAY P. GILBERTSON

    VS                                         CASE NO. 3:09cv178-LAC/MD

SCOTT P. FISHER

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Petitioner JAY P. GILBERTSON take nothing, the respondent's motion to dismiss (doc.24) is GRANTED, and the amended petition for writ of habeas corpus (doc.14) is DISMISSED as follows:

    (a)    Petitioner's claims challenging the BOP's procedures and decision concerning petitioner's RRC placement are DISMISSED AS MOOT.

    (b)    Petitioner's retaliation claim is DISMISSED WITHOUT PREJUDICE as not cognizable in this habeas corpus proceeding and because petitioner failed to exhaust his administrative remedies.

SHEILA HURST-RAYBORN
ACTING CLERK OF COURT

September 7, 2010         /s/ C. Justice
DATE                        Deputy Clerk